**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARCUS M. WOODARD** : | |
|    Plaintiff : | |
| : | No. 3:12-CV-2189 |
| v. : | |
| : | (Judge Kane) |
| **CAROLYN W. COLVIN** : | |
| **COMMISSIONER** : | |
| **OF SOCIAL SECURITY** : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 25th day of September 2014, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Marcus M. Woodard and against the Defendant Commissioner of Social Security.

2. Plaintiff's complaint is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with this order and accompanying memorandum; and

3. The Clerk of Court is directed to close the case.

                                                  S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania